HEATHER E. WILLIAMS, CA BAR #122664
Federal Defender
DAVID H. HARSHAW III, KY BAR #86435
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-6666/Fax 916-498-6656
david_harshaw@fd.org

Tentative Attorneys for Defendant
ANDREW LEE WEENINK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>ANDREW LEE WEENINK,<br><br>            Defendant. | No.  6:16-mj-90-MJS<br><br>STIPULATION TO CONTIUE INITIAL APPEARANCE; DECLARATION OF COUNSEL; ORDER ON TENTATIVE APPOINTMENT OF COUNSEL AND ORDER ON STIPULATION |

   IT IS HEREBY STIPULATED by and between the United States and Defendant Andrew Weenink that the initial appearance scheduled for December 20, 2016 be continued until January 10, 2017 at 10:00 a.m. The Defendant has work obligations to finish prior to the holidays and it would be a hardship to make the December 20 date.

   Defendant further agrees to waive personal service of any summons indicating the new court date, and agrees to appear in person on January 10, 2017 at 10:00 AM.

Dated:  December 16, 2016          /s/ Susan St. Vincent _____
                                   Susan St. Vincent
                                   Legal Officer
                                   Yosemite National Park

Dated:  December 16, 2016          /s/ David H. Harshaw III___

1

David H. Harshaw III<br>Assistant Federal Defender

## DECLARATION OF COUNSEL

Under penalty of perjury, I declare that I have spoken by phone with Defendant Andrew Weenink. He requested that my office represent him. After discussions with him, I believe that he would qualify for appointment of counsel. As such, Mr. Weenink requests tentative appointment for the purposes of scheduling only. Full appointment will be withheld pending review of a financial affidavit.

Also, as described above, Mr. Weenink told me that it would be a hardship for him to appear on December 20, 2016. He assured me that he could make January 10, 2017.

Dated: December 16, 2016            /s/ David H. Harshaw III
                                    David H. Harshaw III
                                    Assistant Federal Defender

## **O R D E R**

Good Cause Appearing, Defendant Andrew Weenik is tentatively appointed counsel for the purposes of scheduling only. Additionally, Defendant's initial appearance in Case No. 6:16-mj-00090 MJS is continued until January 10, 2017 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   December 19, 2016         /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE