Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 6:16-mj-0090-MJS |
| Plaintiff, | |
| v. | **ORDER ON MOTION TO DISMISS;** |
| ANDREW LEE WEENINK, | |
| Defendant. | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice and in the interest of justice. The Government does not believe it can prove the matter beyond a reasonable doubt.

.

Dated: June 13, 2017          NATIONAL PARK SERVICE

                                                         /S/ Susan St. Vincent
                                                       Susan St. Vincent
                                                       Legal Officer

| | |
|---|---|
| 1 | |
| 2 | **ORDER** |
| 3 | |
| 4 | Upon application of the United States, and good cause having been shown |
| 5 | therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v.* |
| 6 | *Weenink* 6:16-mj-0090-MJS, be dismissed, without prejudice, in the interest of justice. |
| 7 | IT IS SO ORDERED. |

Dated:   June 14, 2017          /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE